# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3193

_____

S.L., a minor, by next friend Ron Lenderman

Plaintiff - Appellee

v.

St. Louis Metropolitan Police Department Board of Police Commissioners

Defendant

Richard Gray, Vice President; Bettye Battle-Turner, President; Michael L. Gerdine, Treasurer; Francis G. Slay, Ex-Officio Member; Daniel W. Isom, Chief of Police

Defendants - Appellants

Antoinette Filla

Defendant

Reggie L. Harris

Defendant - Appellant

Henrietta Arnold

Defendant

Lathan Isshawn-O'Quinn

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cv-02163-CEJ)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 05, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans